[No. 8799–1–I.   Division One.   March 15, 1982.]

MARGARET COUGHLIN, *Appellant,* v. THE CITY OF
SEATTLE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 786873, Peter K. Steere, J., entered May 1,
1980. *Reversed* and *remanded* by unpublished opinion per
Andersen, C.J., concurred in by Swanson and Callow, JJ.

[No. 9522–6–I.   Division One.   March 15, 1982.]

THE CITY OF KIRKLAND, *Respondent,* v. CHARLES
T. CHURCH, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80–1–03507–6, F. A. Walterskirchen, J. Pro
Tem., entered October 17, 1980. *Dismissed* by unpublished
per curiam opinion.

[No. 10272–9–I.   Division One.   March 15, 1982.]

*In the Matter of the Welfare of* CHARLES BROOKS.

THE STATE OF WASHINGTON, *Respondent,* v. TERI
BROOKS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80–7–01020–2, James J. Dore, J., entered
March 20, 1981. *Affirmed* by unpublished opinion per
Andersen, C.J., concurred in by Durham and Corbett, JJ.

[No. 9720–2–I.   Division One.   March 15, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES
A. JUSTICE, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80–8–04221–3, Jerome M. Johnson, J., entered
November 21, 1980. *Affirmed* by unpublished opinion per
Durham, A.C.J., concurred in by Williams and Corbett, JJ.